IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE CO., § § § | | |
| *Plaintiff,* § § | | |
| VS. § § | CIVIL ACTION NO. 1:24-CV-00096 JUDGE MICHAEL J. TRUNCALE | |
| THE MORNING STARS TRANS LLC, MORNING STARS TRANS, LLC, KIDANE AREFE FSSEHAYE, AND ROBERT EARL COATS, JR., § § § § § | | |
| *Defendants.* § | | |

## ORDER DISMISSING CASE WITH PREJUDICE

On February 18, 2025, the Court received Plaintiff's Notice of Settlement advising the Court that the underlying personal injury action giving rise to this Declaratory Judgment Action had been settled, thereby rendering this matter moot. [Dkt. 21]. On February 20, 2025, the Court entered an Order on Closing Documents giving the Parties until March 21, 2025 to file the necessary closing documents to remove this matter from the Court's active docket. [Dkt. 22]. As of this date, the Parties have not filed closing documents.

It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs. It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 27th day of June, 2025.**

Michael J. Truncale
United States District Judge